IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KUSUM NARAYAN,

      Plaintiff,                      No. CIV S-09-1772 FCD GGH PS

   vs.

ESKATON PROPERTIES,

      Defendant.                ORDER TO SHOW CAUSE

_____/

       On September 9, 2009, the court entered its order granting plaintiff's request to proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a USM-285 form for the defendant. Pursuant to that order, within 15 days from the filed date of the order, plaintiff was to provide the United States Marshal with the information to complete service of process and was to file a statement with the court that said documents were submitted to the United States Marshal. The court has not received a proof of service showing that the defendant has been served and the plaintiff has not filed a statement that the documents were submitted to the Marshal.

\\\\\

\\\\\

\\\\\

1

1  THEREFORE, plaintiff is ordered to show cause, within twenty-one (21) days,
2  why this case should not be dismissed for failure to serve.  Fed. R. Civ. P. 4(m).
3  DATED: December 15, 2009
4
5  /s/ Gregory G. Hollows
   UNITED STATES MAGISTRATE JUDGE
6  narayan1772.osc