IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KUSUM NARAYAN,

    Plaintiff,                    No. CIV S-09-1772 FCD GGH PS

    vs.

ESKATON PROPERTIES,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, has requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed without prejudice.

        Accordingly, the Clerk of Court shall close this case.

DATED: January 25, 2010

                                        /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

GGH:076/Narayan1772.59.wpd